1 | TIMOTHY A. GINN
Attorney at Law
2 | FEDERAL EXPRESS CORPORATION
Building B - Legal Department
3 | 3620 Hacks Cross Road, Third Floor
Memphis, Tennessee 38125
4 | Telephone: (901) 434-8600
Facsimile: (901) 434-9271
5 |
Attorney for Defendant
6 | FEDERAL EXPRESS CORPORATION

___ Priority
___ Send
___ Clsd
✓ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
NOV 4 2003
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, a corporation,, <br><br> Defendant. | CASE NO. CV-00-00696 NM (AIJx) <br><br> **STIPULATION FOR ENTRY OF JUDGMENT; AND ORDER** <br><br> ENTERED <br> CLERK, U.S. DISTRICT COURT <br> NOV - 5 2003 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY         DEPUTY |

**IT IS HEREBY STIPULATED** by and between the plaintiff The Continental Insurance Company and the defendant Federal Express Corporation, through their respective counsel, that judgment in the above-entitled case in the form of the Order following herein be entered in favor of the plaintiff The Continental Insurance Company and against the defendant Federal Express:

With regard to Airbill number 810180953045, judgment is entered in the amount of $262.00.

With regard to Airbill number 810180953137, judgment is entered in the amount of $234.00.

4852-8400-2816.1

-1-

STIPULATION FOR ENTRY OF JUDGMENT; AND ORDER

With regard to Airbill number 810180953067, judgment is entered in the amount of $55,656.55, with prejudgment interest from the date of the loss at the rate specified in 28 U.S.C. 1961.

With regard to Airbill number 810180953056, judgment is entered in the amount of $52,870.69, with prejudgment interest from the date of the loss at the rate specified in 28 U.S.C. 1961.

Each party shall bear its own costs and fees. Each party expressly reserves its respective rights to appeal from this Judgment.

DATED: October 31, 2003

_Timothy A. Ginn /MWL pn telephonic authority_
TIMOTHY A. GINN
Attorneys for the Defendant
FEDERAL EXPRESS CORPORATION

DATED: October 31, 2003    MICHAEL W. LODWICK
LEWIS BRISBOIS BISGAARD & SMITH LLP

By _/s/ Michael W. Lodwick_
MICHAEL W. LODWICK
Attorneys for the Plaintiff
THE CONTINENTAL
INSURANCE COMPANY

## ORDER

Upon review of the stipulation of the parties to enter judgment herein, and having considered this matter,

**IT IS HEREBY ORDERED:**

That judgment be entered herein in favor of the plaintiff The Continental Insurance Company and against the defendant Federal Express Corporation as follows:

1. In the amount of $262.00 on the claim under Airbill number 810180953045.

2. In the amount of $234.00 on the claim under Airbill number 810180953137.

3. In the amount of $55,656.55, with prejudgment interest from the date of the loss at the rate specified in 28 U.S.C. 1961, on the claim under Airbill number 810180953067.

///
///
///
///
///
///
///
///

4. In the amount of $52,870.69, with prejudgment interest from the date of the loss at the rate specified in 28 U.S.C. 1961, on the claim under Airbill number 810180953056.

*The parties shall designate as part of the record on appeal the Court's minute orders of July 9 and July 30, 2003.*

Each party shall bear its own costs and fees.

DATED: 11/3/03

UNITED STATES DISTRICT JUDGE

NORA M. MANELLA

4852-8400-2816.1

-4-

STIPULATION FOR ENTRY OF JUDGMENT; AND ORDER

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, California 92626.

On October 31, 2003, I served the following document described as **STIPULATION FOR ENTRY OF JUDGMENT; AND ORDER** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Timothy A. Ginn, Esq.
FEDERAL EXPRESS CORPORATION
Building B - Legal Department
3620 Hacks Cross Road, Third Floor
Memphis, Tennessee 38125

[X] (BY MAIL, Rule 5, Federal Rules of Civil Procedure)

[X] I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 31, 2003, at Costa Mesa, California.

SHERILYN A. WINFORD

4818-6223-7184.1